1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

Steven Hirsch,

Case No. 2:23-cv-06929-TJH-PD

11
12

Plaintiff,

**ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)** [19] [JS-6]

13

v.

14
15

Global Communication Group Inc.,

16

Defendant.

17
18

Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff Steven Hirsch and Defendant Global Communication Group Inc., IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

19
20
21
22
23

IT IS SO ORDERED.

DATED:  MARCH 6, 2024

24
25

_Terry J. Hatter, Jr._

Hon. Terry J. Hatter Jr.
UNITED STATES DISTRICT JUDGE

26
27
28

Case No. 2:23-cv-06929-TJH-PD

ORDER OF DISMISSAL